# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED D. MCMILLEN,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant.<br>_____/ | Case No. 1:17-cv-00664-SKO<br><br>**ORDER TO AMEND APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>**(Doc. 2)** |

    Plaintiff Fred D. McMillen filed a complaint on May 13, 2017, (Doc. 1), along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 (the "Application"), (Doc. 2). Plaintiff's Application fails to set forth an answer to question number 8 regarding his "debts or financial obligations." (*Id.* at 2.)

    Accordingly, the Court hereby ORDERS that, within 28 days from the date of this Order, Plaintiff shall file an amended application to proceed *in forma pauperis* that fully responds to <u>all</u> applicable questions, including question number 8. The Court also DIRECTS the Clerk of Court to serve Plaintiff with a copy of this Order and a new *in forma pauperis* application form.

IT IS SO ORDERED.

Dated:   **May 16, 2017**                                          /s/ *Sheila K. Oberto*      
                                                                    UNITED STATES MAGISTRATE JUDGE