# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED D. MCMILLEN,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>Defendant. / | Case No. 1:17-cv-0664-SKO<br><br>**ORDER GRANTING AMENDED APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>(Doc. 4) |

**ORDER**

Plaintiff Fred D. McMillen filed a complaint on May 13, 2017, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 (Docs. 1, 2). On May 17, 2017, the Court ordered Plaintiff to file an amended application to proceed *in forma pauperis* that responded all questions contained on the application form. (Doc. 3.) Plaintiff filed his amended application to proceed *in forma pauperis* on June 1, 2017. (Doc. 4.) Plaintiff's amended application demonstrates entitlement to proceed without prepayment of fees.

Accordingly, IT IS HEREBY ORDERED that:

1.   Plaintiff's amended application to proceed *in forma pauperis* (Doc. 4) is GRANTED[1];

2.   The Clerk of Court is DIRECTED to issue a summons; and

3.   The United States Marshal is DIRECTED to serve a copy of the complaint, summons, and this order upon the defendant as directed by the plaintiff.

IT IS SO ORDERED.

Dated:   **June 6, 2017**                               /s/ *Sheila K. Oberto*

UNITED STATES MAGISTRATE JUDGE

---

[1]   Plaintiff's original application to proceed *in forma pauperis* (Doc. 2) is DENIED as MOOT.