JACQUELINE A. FORSLUND
Forslund Law, LLC
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:	541-419-0074
Fax:	541-593-4452
Email:	jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED MCMILLEN,<br><br>　　Plaintiff<br><br>v.<br><br>NANCY A. BERRYHILL,<br>Acting Comm'r of Social Security,<br><br>　　Defendant<br>_____ | Case No.  1:17-CV-00664-SKO<br><br>**STIPULATION AND ORDER<br>FOR EXTENSION OF TIME<br>TO FILE PLAINTIFF'S OPENING BRIEF**<br><br>(Doc. 15) |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 35 Days to February 26, 2018, for Plaintiff to file her Opening Brief, in accordance with the Court's Scheduling Order.  This is Plaintiff's first request for an extension.  It is requested due to the fact that Plaintiff's counsel has a significant backlog in her workload.

**McMillen v. Berryhill**　　　　　**Stipulation and Order**　　　　　**E.D. Cal. 1:17-cv-00664-SKO**

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date: January 16, 2018						JACQUELINE A. FORSLUND
								Attorney at Law


								*/s/Jacqueline A. Forslund*
								JACQUELINE A. FORSLUND

								Attorney for Plaintiff


Date:  January 16, 2018						MCGREGOR W. SCOTT
								United States Attorney
								DEBORAH STACHEL
								Regional Chief Counsel, Region IX
								Social Security Administration

								*/s/Carolyn B. Chen*
								CAROLYN B. CHEN
								Special Assistant United States Attorney
								*By email authorization

								Attorney for Defendant

//

//

//

//

//

//

//

//

**McMillen v. Berryhill**			**Stipulation and Order**			**E.D. Cal. 1:17-cv-00664-SKO**

## ORDER

Pursuant to the parties' above-stipulation showing good cause for a requested extension of time for Plaintiff to file her Opening Brief (Doc. 15), the request is hereby GRANTED. Plaintiff shall file her Opening Brief on or before February 26, 2018. All other deadlines set forth in the Scheduling Order (Doc. 7) are modified accordingly.

IT IS SO ORDERED.

Dated: __**January 17, 2018**__   /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE

**McMillen v. Berryhill**   **Stipulation and Order**   **E.D. Cal. 1:17-cv-00664-SKO**