MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CAROLYN B. CHEN, CSBN 256628
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8956
    Facsimile: (415) 744-0134
    E-Mail: Carolyn.Chen@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| FRED D. MCMILLEN IV, <br><br>    Plaintiff, <br><br>vs. <br>NANCY A. BERRYHILL, <br>Acting Commissioner of Social Security, <br><br>    Defendant. | Case No.: 1:17-cv-00664-SKO <br><br> STIPULATION AND ORDER FOR AN EXTENSION OF TIME OF 35 DAYS FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S OPENING BRIEF |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have an extension of time of 35 additional days to respond to Plaintiff's opening brief. The current due date is March 30, 2018. The new due date will be May 4, 2018.

There is good cause for this request. Since the filing of Plaintiff's opening brief, Defendant's counsel has been diligently addressing her full workload including several district court cases. Moreover, recently, Defendant's counsel was assigned unanticipated work, including an additional employment law matter involving the appeal of a recently received decision, with the appeal due around the same time as the original due date of Defendant's

1

response in this case, that could not be assigned to another attorney and that could not be extended.  Defendant's counsel continues to have a full workload of district court cases and employment law cases in the next month.

Thus, Defendant is respectfully requesting additional time up to and including May 4, 2018, to fully review the record and research the issues presented by Plaintiff's opening brief in this case.  This request is made in good faith with no intention to unduly delay the proceedings.

Respectfully submitted,

Date: March 27, 2018                    FORSLUND LAW LLC

*s/ Jacqueline A. Forslund by C.Chen\**
(As authorized by email on 3/27/2018)
JACQUELINE A. FORSLUND
Attorneys for Plaintiff

Date: March 27, 2018                    MCGREGOR W. SCOTT
United States Attorney

By *s/ Carolyn B. Chen*
CAROLYN B. CHEN
Special Assistant U. S. Attorney

Attorneys for Defendant

# **ORDER**

Pursuant to the parties' above-stipulation showing good cause for a requested extension of the briefing schedule (Doc. 18), the request is hereby GRANTED. Defendant shall file its response to Plaintiff's opening brief by no later than May 4, 2018. All other deadlines set forth in the Scheduling Order (Docs. 7, 16) are modified accordingly.

IT IS SO ORDERED.

Dated: **March 28, 2018**                    /s/ *Sheila K. Oberto*
                                                                   UNITED STATES MAGISTRATE JUDGE