MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CAROLYN B. CHEN, CSBN 256628
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8956
    Facsimile: (415) 744-0134
    E-Mail: Carolyn.Chen@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| FRED D. MCMILLEN IV,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:17-cv-00664-SKO<br><br>STIPULATION AND ORDER FOR A THIRD EXTENSION OF TIME OF 14 DAYS FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S OPENING BRIEF<br><br>(Doc. 22) |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have an extension of time of 14 additional days to respond to Plaintiff's opening brief. The current due date is May 18, 2018. The new due date will be June 1, 2018.

    Since the granting of Defendant's previous request for a 14-day extension of time, Defendant's counsel has been diligently addressing her full workload and a backlog of cases due to her leave to attend to a personal emergency from about a month ago. Defendant's counsel is continuing to prioritize this case while addressing her remaining workload.

1

Thus, Defendant is respectfully requesting additional 14 days, up to and including June 1, 2018, to fully review the record and research the issues presented by Plaintiff's opening brief in this case. This request is made in good faith with no intention to unduly delay the proceedings.

                                                          Respectfully submitted,

Date: May 18, 2018                        FORSLUND LAW LLC

                                                          _s/ Jacqueline A. Forslund by C.Chen*_
                                                          (As authorized by email on 5/18/2018)
                                                          JACQUELINE A. FORSLUND
                                                          Attorneys for Plaintiff

Date: May 18, 2018                        MCGREGOR W. SCOTT
                                                          United States Attorney

                                                          By _s/ Carolyn B. Chen_
                                                          CAROLYN B. CHEN
                                                          Special Assistant U. S. Attorney

                                                          Attorneys for Defendant

## ORDER

The Court is in receipt of Defendant's third "Stipulation for an Extension of Time of 14 Days for Defendant's Response to Plaintiff's Opening Brief." (Doc. 22.) Pursuant to parties' second "Stipulation for Extension of Time" for (Doc. 21), Defendant's response to Plaintiff's Opening Brief was due May 18, 2018, the same day on which Defendant filed the present third request for extension.

Requests for extension are governed by Rule 144 of the Local Rules of the United States District Court, Eastern District of California ("Local Rules"). Local Rule 144(d) explains that "[r]equests for Court-approved extensions brought on the required filing date for the pleading or other document are looked upon with disfavor." The parties are hereby ADMONISHED that any future requests for extensions of time shall be brought in advance of the required filing date

and be supported by good cause under Fed. R. Civ. P. 16(b)(4). However, given defense counsel's representations that she "has been diligently addressing her full workload and a backlog of cases due to her leave to attend to a personal emergency from about a month ago" (*see* Doc. 22 at 1), and the fact that Plaintiff consents to the request, the Court GRANTS the parties' request for an extension.

  IT IS HEREBY ORDERED that Defendant has until June 1, 2018, to submit a response to Plaintiff's Opening Brief. All other dates in the Scheduling Order (Doc. 6) shall be extended accordingly.

IT IS SO ORDERED.

Dated:  **May 21, 2018**      /s/ *Sheila K. Oberto*
               UNITED STATES MAGISTRATE JUDGE