MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CAROLYN B. CHEN, CSBN 256628
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8956
    Facsimile: (415) 744-0134
    E-Mail: Carolyn.Chen@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| FRED D. MCMILLEN IV,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:17-cv-00664-SKO<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME OF 7 DAYS FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S OPENING BRIEF<br><br>(Doc. 24) |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have an extension of time of 7 additional days to respond to Plaintiff's opening brief. The current due date is June 1, 2018. The new due date will be June 8, 2018.

Since the granting of Defendant's previous request for a 14-day extension of time, Defendant's counsel has been diligently addressing her full workload and a backlog of cases due to her leave to attend to a personal emergency a couple months ago. Defendant's counsel is continuing to prioritize this case while addressing her remaining workload. This week, Defendant's counsel unexpectedly had to take leave due to illness of a cold and is respectfully

1

requesting additional 7 days, up to and including June 8, 2018, to fully review the record and research the issues presented by Plaintiff's opening brief in this case. This request is made in good faith with no intention to unduly delay the proceedings.

Respectfully submitted,

Date: May 31, 2018             FORSLUND LAW LLC

                                        *s/ Jacqueline A. Forslund by C.Chen\**
                                        (As authorized by email on 5/31/2018)
                                        JACQUELINE A. FORSLUND
                                        Attorneys for Plaintiff

Date: May 31, 2018             MCGREGOR W. SCOTT
                                        United States Attorney

                                        By *s/ Carolyn B. Chen*
                                        CAROLYN B. CHEN
                                        Special Assistant U. S. Attorney

                                        Attorneys for Defendant

## ORDER

Based on the parties' above-stipulation (Doc. 24), and for good cause shown, IT IS HEREBY ORDERED that Defendant has until June 8, 2018, to submit a response to Plaintiff's Opening Brief. All other dates in the Scheduling Order (Doc. 7) shall be extended accordingly.

IT IS SO ORDERED.

Dated:   **June 1, 2018**                        /s/ *Sheila K. Oberto*
                                                  UNITED STATES MAGISTRATE JUDGE